In the Matter of WILLIAM SIMS, Appellant, v. BOARD OF ELECTIONS OF ERIE COUNTY, Respondent.— Order unanimously affirmed, without costs. Memorandum: In passing, we note that the appellant has failed to furnish us with a record which shows that the determination of the lower court was incorrect. In the absence of the transcript of testimony we view as completely inadequate the agreed statement of facts. (Appeal from order of Erie Special Term, dismissing petition in proceeding to validate designating petitions.) Present — Bastow, P. J., Williams, Del Vecchio, Witmer and Henry, JJ. (Order entered June 11, 1968.)

In the Matter of ROSE M. ORZECH et al., Respondents, v. BOARD OF ELECTIONS OF CITY OF LACKAWANNA, Appellant.— Order unanimously affirmed, without costs. (Appeal from order of Erie Special Term validating designating petitions.) Present — Bastow, P. J., Williams, Del Vecchio, Witmer and Henry, JJ. (Order entered June 11, 1968.)

## (June 27, 1968)

CAROL KNORR, Respondent v. COLIN KNORR, Appellant.— Orders affirmed, with costs. All concur, except Williams, P. J., and Henry, J., who dissent and vote to reverse and grant a new trial, in the following Memorandum: This case should be reversed and a new trial granted as against the weight of evidence and also on the law. There were serious errors in the admission of evidence. (Appeal from orders of Monroe Family Court, directing support of child.) Present — Williams, P. J., Bastow, Marsh, Witmer and Henry, JJ.